UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANGELA HAYWARD, | Case No. 18-cv-05380-VC |
|---|---|
| Plaintiff, | |
| v. | **SHOW CAUSE ORDER** |
| WINCO HOLDINGS, INC., et al., | |
| Defendants. | |

The defendant is ordered to show cause why the case should not be remanded. *See GranCare, LLC v. Thrower by & through Mills*, 889 F.3d 543 (9th Cir. 2018). A response to the order to show cause is due 14 days from this filing. The plaintiff may file a brief within 21 days of this filing. A hearing on the order to show cause is scheduled for October 25, 2018 at 10 a.m.

**IT IS SO ORDERED.**

Dated: September 19, 2018

VINCE CHHABRIA
United States District Judge