UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HAYWARD,<br><br>        Plaintiff,<br><br>    v.<br><br>WINCO HOLDINGS, INC., et al.,<br><br>        Defendants. | Case No. 18-cv-05380-VC<br><br>**REMAND ORDER** |

    Diversity jurisdiction is lacking, so the case is remanded to the Contra Costa County Superior Court. *See Sanchez v. YRC Inc.*, No. 818-CV-00430-JLS-JDE, 2018 WL 2146503, at *2-3 (C.D. Cal. May 9, 2018). Fees are appropriate pursuant to 28 U.S.C. § 1447(c). If the parties cannot agree on the amount within 7 days, plaintiffs may file a fee request, the defendant may respond within 2 days after the request is filed, and the Court will rule on the request.

    **IT IS SO ORDERED.**

Dated: October 17, 2018

                                                VINCE CHHABRIA<br>
                                              United States District Judge